UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cantina CRUZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., et al.,<br><br>                                    Defendants. | Case No.: 18-cv-2637-JLS-AGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' JOINT MOTION TO CONTINUE (ECF 105) AND SIXTH AMENDED SCHEDULING ORDER** |

After years of discovery, the parties seek yet another extension to the schedule primarily because of difficulty scheduling depositions. But these depositions are of essential doctors that the parties knew they would need to speak to years ago. So, although the ongoing COVID-19 emergency is sufficient to justify a short extension, the Court will not grant the parties' broader request for yet another delay. The new schedule is below (altered dates are bolded, unaltered dates are included for convenience):

| CASE MANAGEMENT SCHEDULE | |
|---|---|
| **Event** | **Deadline** |
| **Expert Designations/Disclosures** | **March 4, 2021** |
| **Supplemental/Rebuttal Expert Designations/Disclosures** | **March 25, 2021** |
| MSC Briefs | March 25, 2021 |
| Mandatory Settlement Conference | April 1, 2021, at 9:00 a.m. |

| **Fact Discovery Completion** | **April 9, 2021** |
|---|---|
| **Expert Discovery Completion** | **April 9, 2021** |
| Pretrial Motions Deadline | April 23, 2021 |
| Rule 26(a)(3) Disclosures | July 22, 2021 |
| Meet and Confer on the PTO | July 29, 2021 |
| Draft PTO to Defense Counsel | August 5, 2021 |
| Lodge PTO | August 12, 2021 |
| Final Pretrial Conference | August 19, 2021, at 1:30 p.m. |

This order only modifies the dates in the scheduling orders (ECF Nos. 16, 24, 53, 62, 80, 89, 95); all other provisions remain in effect. As mentioned in prior orders, given the number and length of extensions in this case, the Court will not be inclined to provide any further extensions. And the Court strongly discourages future extension requests, absent exceptional circumstances.

Dated:  February 4, 2021

Hon. Andrew G. Schopler
United States Magistrate Judge