UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATINA CRUZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a corporation;<br>BARD ACCESS SYSTEMS, INC.,<br>a corporation; and DOES 1 through 10<br>inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 18-CV-2637 JLS (AGS)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 111) |

　　　Presently before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stip.," ECF No. 111). Good cause appearing, the Court **APPROVES** the Joint Stipulation. The Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint and all her claims. As agreed by and between the Parties, each shall bear its own fees and costs. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

　　　**IT IS SO ORDERED.**

Dated: May 27, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge